STATE OF CONNECTICUT *v.* ANDERSON VAZQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 792 (AC 24262), is denied.

*Martin Zeldis,* public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided May 4, 2005

DANA MOZELL *v.* COMMISSIONER OF CORRECTION

The petitioner Dana Mozell's petition for certification for appeal from the Appellate Court, 87 Conn. App. 560 (AC 24428), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Melissa L. Streeto Brechlin,* deputy assistant state's attorney, in opposition.

Decided May 4, 2005